NUMBER 13-03-306-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


KHADER ALI MOHAMED, Appellant,


v.



EVA C. CURIEL, Appellee.

____________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam


 Appellant, KHADER ALI MOHAMED, perfected an appeal from a judgment
entered by the 214th District Court of Nueces County, Texas, in cause number 93-1083-F. After the clerk's record was received, appellant filed a motion to dismiss the
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 30th day of October, 2003.